Argued and submitted March 31, judgment in CA A67903 affirmed; in CA A67904, remanded for resentencing on burglary conviction; otherswise affirmed July 8, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## ADAM COLON,
*Appellant.*

(88C-20211, 90C-21210;
CA A67903 (Control), A67904)
(Cases Consolidated)

832 P2d 466

Ingrid A. MacFarlane, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Judgment in CA A67903 affirmed. *State v. Carpenter*, 101 Or App 489, 791 P2d 145, *rev den* 310 Or 393 (1990). In CA A67904, remanded for resentencing on burglary conviction; otherwise affirmed. *State v. Haydon*, 113 Or App 205, 832 P2d 457 (1992).